UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 19-545 |
| JOSE PENA | ORDER |

      This matter having come before the Court in response to a letter filed by the defendant, Jose Pena, raising issues with his mental health treatment and COVID-related procedures at FCI Schuylkill, the facility where Pena is currently housed. The Court has construed the letter as a motion, and having considered the letter motion and the letter response filed by the United States, the Court has determined that the Court lacks venue to address the issues raised in the defendant's motion.

    IT IS, therefore, on this 10th day of August, 2020,

    ORDERED that the defendant's motion is denied without prejudice to raising his claims in a court having appropriate venue.

 

*s/ Stanley R. Chesler*
Honorable Stanley R. Chesler
United States District Judge