NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-545 (SRC) |
| v. |  |
| JOSE PENA a/k/a "Gucci" | OPINION |

**CHESLER**, District Judge

      The Court on February 22, 2022 issued an Order denying the motion filed by Defendant Jose Pena ("Defendant") for a reduction in his sentence under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). On March 4, 2022, and after issuing its February 22 Order and the accompanying Opinion, the Court received a letter from Defendant supplementing his prior application. The Court has reviewed this additional submission and concludes that nothing therein dictates that the Court reconsider its earlier decision. Accordingly, Defendant's motion for a reduction in sentence will remain denied.

      /s/ Stanley R. Chesler
      STANLEY R. CHESLER
      United States District Judge

Dated: March 8, 2022